UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20686-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

NATALIA VIVEROS-MUNOZ,

      **Defendant.**
_____/

## FACTUAL PROFFER

The United States of America and Natalia Viveros-Munoz (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida:

The Defendant was an employee of Chase Bank, a bank insured by the Federal Deposit Insurance Corporation and a member bank of the Federal Reserve.

As part of her responsibilities, the Defendant was the custodian of an automated teller machine (ATM) at the Chase Bank branch in Miami-Dade County where she worked. On or about January 2016, the Defendant began knowingly and willfully stealing money owned or entrusted to Chase Bank which was intended to replenish the ATM. On multiple occasions, the Defendant stole money from the ATM at Chase Bank, and in May of 2018 she was terminated for theft. By stealing the money, the Defendant intended to injure or defraud Chase Bank. When questioned by Chase Bank investigators, the Defendant admitted to stealing over $20,000 but less than $100,000 from the ATM. Between January of 2016 and May of 2018, the Defendant deposited approximately $68,000 in cash into her personal bank accounts. The majority of the cash was cash that the Defendant stole from the Chase Bank ATM.

These are not all of the facts that the United States would prove should this case proceed to trial, however, the parties stipulate that these facts establish that the Defendant committed theft from a bank while an employee of that bank, in violation of 18 U.S.C. § 656.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 12/4/19   By: _____
THOMAS HAGGERTY
ASSISTANT UNITED STATES ATTORNEY

Date: 12/04/2019   By: _____
JOSE R.E. BATISTA
ATTORNEY FOR DEFENDANT

Date: 12/04/2019   By: _____
NATALIA VIVEROS-MUNOZ
DEFENDANT

2